Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 169 | **DATE** | 2/11/2011 |
| **CASE TITLE** | Dorothy Hutchinson vs NCO Financial Systems, Inc. | | |

**DOCKET ENTRY TEXT:**

By agreement, this cause is dismissed without prejudice and without costs with leave to reinstate on or before 3/21/2011. Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 3/22/2011.
The Court retains jurisdiction to enforce the settlement.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | |
|---|---|---|