## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Dorothy Hutchinson, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.  11 C 169 |
| NCO Financial Systems, Inc., a Pennsylvania corporation, | ) ) ) ) | Judge Gettleman |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendant with prejudice.

Dated: February 22, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on February 22, 2011, by 5:00 p.m.

NCO Financial Systems, Inc.
c/o James K. Schultz
Sessions, Fishman & Nathan, LLP
55 W. Monroe Street
Suite 1120
Chicago, Illinois 60603


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com